**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00572-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JAMAL L. WARD,

    Applicant,

v.

ANGEL MEDINA, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

    Applicant, Jamal L. Ward, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Limon Correctional Facility. Mr. Ward has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a motion titled "Motion for Exception to the Exhaustion Doctrine due to State Imposed Impediment."

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this order. Mr. Ward will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Ward files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) <u> X </u>  is not submitted
(2) <u>   </u>  is missing affidavit
(3) <u>   </u>  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) <u> X </u>  is missing certificate showing current balance in prison account (account statement submitted is not certified)
(5) <u>   </u>  is missing required financial information
(6) <u>   </u>  is missing an original signature by the prisoner
(7) <u>   </u>  is not on proper form (must use the court's current form)
(8) <u>   </u>  names in caption do not match names in caption of complaint, petition or habeas application
(9) <u>   </u>  An original and a copy have not been received by the court. Only an original has been received.
(10) <u>   </u>  other:_____

**Complaint, Petition or Application**:

(11) <u>   </u>  is not submitted
(12) <u>   </u>  is not on proper form (must use the court's current form)
(13) <u>   </u>  is missing an original signature by the prisoner
(14) <u>   </u>  is missing page nos. ___
(15) <u>   </u>  uses et al. instead of listing all parties in caption
(16) <u>   </u>  An original and a copy have not been received by the court. Only an original has been received.
(17) <u>   </u>  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) <u>   </u>  names in caption do not match names in text
(19) <u>   </u>  other:_____

Accordingly, it is

ORDERED that Mr. Ward cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Mr. Ward files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Mr. Ward shall obtain the Court-approved form used in filing a 28 U.S.C. § 2254 action (with the assistance of his case manager or the

facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Mr. Ward fails to cure the designated deficiencies **within thirty days from the date of this order**, the action will be dismissed without further notice.

DATED March 6, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge